NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SHIRE DEVELOPMENT, LLC, SHIRE PHARMACEUTICAL DEVELOPMENT, INC., COSMO TECHNOLOGIES LIMITED, NOGRA PHARMA LIMITED,**
*Plaintiffs-Appellants*

**v.**

**CADILA HEALTHCARE LIMITED, DBA ZYDUS CADILA, ZYDUS PHARMACEUTICALS (USA) INC.,**
*Defendants-Appellees*

———————————

2017-1048

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:10-cv-00581-KAJ, Circuit Judge Kent A. Jordan.

———————————

**JUDGMENT**

———————————

EDGAR HAUG, Haug Partners LLP, New York, NY, argued for plaintiffs-appellants. Also represented by ANDREW S. WASSON, JASON AARON LIEF, ANGUS CHEN, ELIZABETH MURPHY.

MICHAEL JOHN GAERTNER, Locke Lord LLP, Chicago, IL, argued for defendants-appellees. Also represented by ANDY JOE MILLER, JAMES THOMAS PETERKA, WASIM K. BLEIBEL, HUGH S. BALSAM, TIMOTHY FLYNN PETERSON, DAVID BRIAN ABRAMOWITZ; ANDREA LYNN WAYDA, New York, NY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 9, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |